Patrick E. Ward, State's Attorney, of Dixon, for the People.

STEPHEN LESTON, JR., et al., Plaintiffs-Appellants, v. TEXAS COMPANY, Defendant-Appellee.

(No. 73-320; ▮▮▮▮▮▮▮)

Second District (2nd Division)—June 2, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Kenneth Moy, of Elmhurst, for appellants.

Rathje, Woodward, Dyer & Burt, of Wheaton, for appellee.